UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HALF BROTHERS LLC

Docket No. 14-cv-1479 (RRM)(RER)

     Plaintiff,

     v.

JOEL WERTZBERGER, and
ARON J. WOLCOWITZ, a/k/a JACK WOLCOWITZ

     Defendants.

## JOINT STIPULATOIN OF DISMISSAL

    IS IT HEREBY STIPULATED AND AGREED, by and between the parties, that this

action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, each party to bear its own costs and fees.

| Dated: April 20, 2015 | Dated: April 21, 2015 |
|---|---|
| Law Offices of Stephen R. Stern, P.C. | |
| By: | By: |
| Stephen R. Stern, Esq. (SS 5665) | J. Michael Gottesman, Esq. (JM   ) |
| Sloan J. Zarkin, Esq. (SZ 1570) | |
| 445 Broad Hollow Road, Suite 124 | 80-02 Kew Gardens Road, Suite 1030 |
| Melville, New York 11747 | Kew Gardens, New York 11415 |
| | |
| Counsel for Plaintiff Half Brothers LLC | Counsel for Defendants Joel Wertzberger and Aron J. Wolcowitz a/k/a Jack Wolcowitz |